<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Yuliam L. Rodriguez**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Equivalent Hourly Rate[1] | Applicable Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 9/24/18 - 9/27/18 | 0.57 | 58 | $ 75.00 | $ 1.29 | $ 10.88 | $ 345.50 | $ 65.25 | $ 410.75 |
| 7/24/18 - 9/23/18 | 8.86 | 75 | $ 550.00 | $ 7.33 | $ 11.00 | $ - | $ 1,162.50 | $ 1,162.50 |
| | | | | | | $ 345.50 | $ 1,227.75 | $ 1,573.25 |

Total Unpaid Minimum Wages[1] = $ 345.50
Total Unpaid Overtime Wages[1] = $ 1,227.75
Total Liquidated Damages[1] = $ 1,573.25
Total[1] = $ 3,146.50

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.