UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

Case No.: 9:19-cv-80663-RLR

YULIAM L. RODRIGUEZ,

    Plaintiff,

v.

EXECUTIVE NON-EMERGENCY
TRANSPORTATION, Inc. and
GEORGE A. RICARDO,

    Defendants.

_____/

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Defendants Executive Non-Emergency Transportation, Inc. and George A. Ricardo, respectfully move for a brief extension of time to and including July 3, 2019 to answer, move, or otherwise respond to Plaintiff's Complaint, and state the following in support:

1. Plaintiff filed the Complaint on May 20, 2019 and served Defendants with the Summons and Complaint on May 29, 2019, accordingly, the response deadline is June 19, 2019.

2. When an act may or must be done within a specified time, the Court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b).

3. This request is being made before the original deadline expires.

4. Defendants' counsel is in the process of intaking and reviewing Defendants' files relevant to the underlying litigation. In order to fully investigate and formulate an appropriate

response to the Complaint on behalf of the Defendants, Defendants are requesting this brief extension of time.

5. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

6. Defendants respectfully suggest that good cause has been shown for the requested enlargement.

7. The undersigned has discussed the subject matter of this motion with Plaintiff's, counsel, and Plaintiff does not oppose the relief sought herein. A Proposed Order granting this Motion is attached hereto and will be e-mailed to the Court pursuant to Local Rule 7.1(a)(2).

WHEREFORE, Defendants Executive Non-Emergency Transportation, Inc. and George A. Ricardo respectfully request an extension of time up to and including July 3, 2019, to answer, move, or otherwise respond to Plaintiff's Complaint.

## **LOCAL RULE 7.1(a)(3) CERTIFICATE**

Counsel for Defendants has conferred with counsel for Plaintiff who has no objection to the relief requested.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 12th day of June, 2019.

>Respectfully submitted,
>JET DOT LAW, PLLC
>12249 Science Drive, Suite 155
>Orlando, Florida 32826
>
>By: s/Jesse I. Unruh
>
>>Jesse I. Unruh, Esq.
>>Florida Bar No. 93121
>>jesse@jet.law
>
>Attorney for Defendants | EXECUTIVE NON-EMERGENCY TRANSPORTATION, Inc. and GEORGE A. RICARDO.

## CERTIFICATE OF SERVICE

I hereby Certify that on this 12th day of June, 2019, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Elliot Ari Kozolchyk, Esq., Koz Law, P.A., 320 S.E. 9th Street, Fort Lauderdale, Florida 33316.