UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

Case No.: 9:19-cv-80663-RLR

YULIAM L. RODRIGUEZ,

    Plaintiff,
v.
EXECUTIVE NON-EMERGENCY
TRANSPORTATION, Inc. and
GEORGE A. RICARDO,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Defendants' Motion to extend the time to respond to the Plaintiff's Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. The Defendants shall have an enlargement of time up to and including July 3, 2019 to respond to Plaintiffs' Complaint.

**DONE AND ORDERED** this ___ day of June, 2019, in Chambers of the United States District Court for the Southern District of Florida, West Palm Beach Division.

_____
United States District Judge

cc: Counsel of Record