UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

Case No.: 9:19-cv-80663-RLR

YULIAM L. RODRIGUEZ,

    Plaintiff,
v.
EXECUTIVE NON-EMERGENCY
TRANSPORTATION, Inc. and
GEORGE A. RICARDO,

    Defendants.
_____/

**CORPORATE DISCLOSURE STATEMENT**

Defendant EXECUTIVE NON-EMERGENCY TRANSPORTATION, Inc, by and through undersigned counsel, hereby provides this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

Defendant EXECUTIVE NON-EMERGENCY TRANSPORTATION, Inc. is not a publicly traded corporation, has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

DATED this 1st day of July, 2019.

    Respectfully submitted,
    JET DOT LAW, PLLC
    12249 Science Drive, Suite 155
    Orlando, Florida 32826

    By: *s\Jesse I. Unruh*

        Jesse I. Unruh, Esq.
        Florida Bar No. 93121
        jesse@jet.law

    Attorneys for Defendants | EXECUTIVE NON-EMERGENCY TRANSPORTATION, Inc. and GEORGE A. RICARDO.

## CERTIFICATE OF SERVICE

    I hereby Certify that on this 1st day of July, 2019, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Elliot Ari Kozolchyk, Esq., Koz Law, P.A., 320 S.E. 9th Street, Fort Lauderdale, Florida 33316.