UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-80663-Rosenberg/Reinhart

YULIAM L. RODRIGUEZ,

       Plaintiff,

v.

EXECUTIVE NON-EMERGENCY
TRANSPORTATION, INC.,
GEORGE A. RICARDO,

       Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, YULIAM L. RODRIGUEZ, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement and will submit the appropriate closing documents.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 2, 2019 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

_____
Elliot Kozolchyk, Esq.

## SERVICE LIST

Jesse I. Unruh, Esq.
Jet Dot Law, PLLC
12249 Science Drive, Suite 155
Orlando, Florida 32826
Tel: (407) 494-0135
Email: jesse@jet.law

*Attorney for Defendants*