UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

Case No.: 9:19-cv-80663-RLR

YULIAM L. RODRIGUEZ,

      Plaintiff,

v.

EXECUTIVE NON-EMERGENCY
TRANSPORTATION, Inc. and
GEORGE A. RICARDO,

      Defendants.

_____/

## UNOPPOSED MOTION TO EXTEND TIME FOR PARTIES TO FILE SETTLEMENT DOCUMENTS

Defendants Executive Non-Emergency Transportation, Inc. and George A. Ricardo,

respectfully move, unopposed, for a brief extension of time, up to and including August 23,

2019, for the Parties to file appropriate pleadings related to the dismissal of this action, and

state the following in support:

1.      Plaintiff filed the Complaint on May 20, 2019. Through early discussion

between counsel the Parties agreed to resolve this matter through settlement and Plaintiff

filed a Notice of Settlement on July 2, 2019. (Doc. 11).

2.      The Court stayed the case and ordered the Parties to file appropriate

pleadings related to dismissal of this action by August 2, 2019. (Doc. 12).

3.      The Parties are working cooperatively to finalize the settlement agreement

and a motion for approval of the FLSA settlement. Due to scheduling considerations the

Parties require a brief extension of time to finalize the settlement and motion.  Therefore,

Defendants are respectfully requesting an additional 21 days, up to and including August

23, 2019, to file the appropriate pleadings with the Court.

4.      When an act may or must be done within a specified time, the Court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b).  This Court's Order noted that any party may move for an extension of time to file appropriate pleadings related to the dismissal of this action. (Doc. 12).

5.      This request is being made before the original deadline expires.

6.      This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

7.      Defendants respectfully suggest that good cause has been shown for the requested enlargement.

8.      The undersigned has discussed the subject matter of this motion with Plaintiff's, counsel, and Plaintiff does not oppose the relief sought herein. A Proposed Order granting this Motion is attached hereto and will be e-mailed to the Court pursuant to Local Rule 7.1(a)(2).

WHEREFORE, Defendants Executive Non-Emergency Transportation, Inc. and George A. Ricardo respectfully request an extension of time up to and including August 23, 2019, to file appropriate pleadings related to the dismissal of this action.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Counsel for Defendants has conferred with counsel for Plaintiff who has no objection to the relief requested.

www.jet.law
Employment Attorneys

DATED this 2nd day of August, 2019.

Respectfully submitted,
JET DOT LAW, PLLC
12249 Science Drive, Suite 155
Orlando, Florida 32826

By:  *s/Jesse I. Unruh*

Jesse I. Unruh, Esq.
Florida Bar No. 93121
jesse@jet.law

Attorney for Defendants | EXECUTIVE NON-
EMERGENCY TRANSPORTATION, Inc. and
GEORGE A. RICARDO.


## CERTIFICATE OF SERVICE

I hereby Certify that on this 2nd day of August, 2019, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Elliot Ari Kozolchyk, Esq., Koz Law, P.A., 320 S.E. 9th Street, Fort Lauderdale, Florida 33316.

www.jet.law
Employment Attorneys