UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

Case No.: 9:19-cv-80663-RLR

YULIAM L. RODRIGUEZ,

    Plaintiff,
v.
EXECUTIVE NON-EMERGENCY
TRANSPORTATION, Inc. and
GEORGE A. RICARDO,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Defendants' Unopposed Motion to extend the time to file appropriate pleadings related to the dismissal of this action. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. The Parties shall file any appropriate pleadings related to the dismissal of this action by October 23, 2019.

**DONE AND ORDERED** this ___ day of September, 2019, in Chambers of the United States District Court for the Southern District of Florida, West Palm Beach Division.

                                                                                            United States District Judge

cc: Counsel of Record