**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH)**

| | |
|---|---|
| YULIAM L. RODRIGUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXECUTIVE NON-EMERGENCY ) <br> TRANSPORTATION, Inc. and GEORGE A. ) <br> RICARDO, ) <br> Defendants. ) <br> ) | Case No.: 9:19-cv-80663-RLR |

# UNOPPOSED MOTION TO EXTEND TIME FOR PARTIES TO FILE SETTLEMENT DOCUMENTS

Defendants Executive Non-Emergency Transportation, Inc. ("ENET") and George A. Ricardo, respectfully move, unopposed, for a brief extension of time, up to and including November 6, 2019[1], for the Parties to file appropriate pleadings related to the dismissal of this action, and state the following in support:

1. Plaintiff filed the Complaint on May 20, 2019. Through early discussion between counsel the Parties agreed to resolve this matter through settlement and Plaintiff filed a Notice of Settlement on July 2, 2019. (Doc. 11).

2. The Court stayed the case and ordered the Parties to file appropriate pleadings related to dismissal of this action by October 23, 2019. (*See* Docs. 12, 14, 16, 18). The Court noted that if the Parties needed additional time to file such documents, they may move for additional time. (Docs. 12, 16).

3. Mr. Ricardo is in the process of bankruptcy, *In re. George A. Ricardo*, 6:19-bk02235

---

[1] Defendants are moving for an extension up to and including November 6, 2019 so as to be consistent with prior rulings from the prior ruling from the Court. (*See* Doc. 16).

1

www.jet.law
Employment Attorneys

(Bankr. M.D. Fla., April 2019), that was filed after this cause of action accrued.[2] Mr. Ricardo's bankruptcy counsel is in the process of securing approvals from the bankruptcy court for this settlement agreement and anticipates securing such approvals in the near future.

4. The Parties are working cooperatively to finalize the settlement agreement and a motion for approval of the FLSA settlement. Plaintiff has no objection to the extension to permit the necessary bankruptcy filings. Therefore, Defendants are respectfully requesting an extension, up to and including November 6, 2019, to file the appropriate settlement pleadings with this Court.

5. When an act may or must be done within a specified time, the Court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b). This Court's Orders note that any party may move for an extension of time to file appropriate pleadings related to the dismissal of this action. (Docs. 12, 16).

6. This request is being made before the original deadline expires.

7. This extension is not being sought for the purposes of delay, nor will this extension prejudice any party to the litigation.

8. Defendants respectfully suggest that good cause has been shown for the requested enlargement.

9. The undersigned has discussed the subject matter of this motion with Plaintiff's counsel, and Plaintiff does not oppose the relief sought herein. A Proposed Order granting this Motion is attached hereto and will be e-mailed to the Court pursuant to Local Rule 7.1(a)(2).

---

[2] ENET also filed for bankruptcy, however the cause of action for this matter occurred after the company's bankruptcy was filed. *See In re. Executive Non-Emergency Transportation Inc.,* 6:18-BK-03958 (Bankr M.D. fla., June 2018). Plaintiff alleged she performed services for Defendants between July and September of 2018. (*See* Doc. 1-3)

WHEREFORE, Defendants Executive Non-Emergency Transportation, Inc. and George A. Ricardo respectfully request an extension of time up to and including November 6, 2019, to file appropriate pleadings related to the dismissal of this action.

### LOCAL RULE 7.1(a)(3) CERTIFICATE

Counsel for Defendants has conferred with counsel for Plaintiff who has no objection to the relief requested.

DATED this 22nd day of October, 2019.

          Respectfully submitted,
          JET DOT LAW, PLLC
          12249 Science Drive, Suite 155
          Orlando, Florida 32826

          By: s/Jesse I. Unruh

          Jesse I. Unruh, Esq.
          Florida Bar No. 93121
          jesse@jet.law

Attorney for Defendants | EXECUTIVE NON-EMERGENCY TRANSPORTATION, Inc. and GEORGE A. RICARDO

### CERTIFICATE OF SERVICE

I hereby Certify that on this 22nd day of October, 2019, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Elliot Ari Kozolchyk, Esq., Koz Law, P.A., 320 S.E. 9th Street, Fort Lauderdale, Florida 33316.

          /s/ Jesse Unruh
          Jesse Unruh