UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-80663-Rosenberg/Reinhart

YULIAM L. RODRIGUEZ,

       Plaintiff,

v.

EXECUTIVE NON-EMERGENCY
TRANSPORTATION, INC.,
GEORGE A. RICARDO,

       Defendants.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case Magistrate Judge Bruce E. Reinhart to conduct any and all further proceedings in the case (including the trial) and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

Dated, this 6th day of March, 2020.

Respectfully submitted by,

| | |
|---|---|
| Koz Law, P.A. | Spire Law, LLC. |
| 320 S.E. 9th Street | 12249 Science Drive, Suite 155 |
| Fort Lauderdale, Florida 33316 | Orlando, Florida 32826 |
| Tel: (786) 924-9929 | Tel: (407) 494-0135 |
| Fax: (786) 358-6071 | Email: jesse@spirelawfirm.com |
| Email: ekoz@kozlawfirm.com | |
| | |
| */s/ Elliot A. Kozolchyk* | */s/ Jesse I. Unruh* |
| Elliot A. Kozolchyk, Esq. | Jesse I. Unruh, Esq. |
| Bar No.: 74791 | Bar No.: 93121 |
| Counsel for Plaintiff | Counsel for Defendants |

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 6, 2020 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

                                                            */s/ Jesse I. Unruh*
                                                            Jesse Unruh, Esq.

**SERVICE LIST**

Elliot A. Kozolchyk
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Tel: (786) 924-9929
Email: ekoz@kozlawfirm.com

*Attorney for Plaintiff*